| | |
|---|---|
| DEFENDANT: | ALEJANDRO BLANCO-CABALLERO |
| AGE/YOB: | 1978 |
| COMPLAINT FILED? | __X__ Yes    _____ No<br>If Yes, MAGISTRATE CASE NUMBER  22-mj-00054-NYW |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | _X_ Yes    __ No |

OFFENSE(S):

**Count 1:** Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance

**Counts 4, 14, 15, 16, 17, 19, 36, 37, 48:** Title 21 U.S.C. § 843(b) and (d); Use of a Communication Facility in Connection with Drug Trafficking

**Counts 18, 21, 31, 50:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(ii)(II), 18 U.S.C. § 2; Distribution or Possession with the Intent to Distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same

**Count 5:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II); 18 U.S.C. § 2; Distribution and Possession with the Intent to Distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same

**Counts 22 and 38:** Title 18, United States Code, Sections 1956(a)(2)(A) and (B)(i); Knowingly and intentionally attempting to transport or transfer funds from a place within the United States to or through a place outside the United States, with the intent to promote the carrying on of specified unlawful activity, specifically conspiracy to distribute and possess with the intent to distribute cocaine

LOCATION OF OFFENSE:    Denver County; Denver, Colorado

| | |
|---|---|
| PENALTY: | **Count 1**<br>NLT 10 years,<br>NMT life imprisonment<br>At least 5 years Supervised Release<br>$10,000,000 fine<br>$100 Special Assessment<br><br>**Counts 4, 14, 15, 16, 17, 19, 36, 37, 48**<br>NMT 4 years in prison<br>NMT 1-year of supervised release<br>NMT $250,000.00 fine<br>$100 Special Assessment<br><br>**Count 5**<br>NLT 5 years<br>NMT 40 years imprisonment<br>At least 4 years Supervised Release<br>$5,000,000 fine<br>$100 Special Assessment<br><br>**Counts 17, 20, 31, 48**<br>NLT 10 years,<br>NMT life imprisonment<br>At least 5 years Supervised Release<br>$10,000,000 fine<br>$100 Special Assessment<br><br>**Counts 22 and 38**<br>NMT 20 years imprisonment<br>NLT 5 years Supervised Release<br>NMT $500,000.00 or twice the value of the property involved in the money laundering transactions<br>$100 Special Assessment |
| AGENT: | Michael Gutke<br>Special Agent, Drug Enforcement Administration |
| AUTHORIZED BY: | Stephanie Podolak<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 X  five days or less; ___ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)
The statutory presumption of detention is applicable to this defendant.